**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01062-CV

---

## GEORGE R. NEELY, Appellant

## V.

## THE STATE BAR OF TEXAS, Appellee

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2013-36453**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 30, 2013. On March 24, 2015, appellant filed a notice of dismissal of his appeal. We construe appellant's notification as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.